IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SUSAN M. RUDOLPH ,

    Plaintiff,                                                        ORDER

v.
                                                                    Case No.  14-cv-240-wmc

TOSHIBA AMERICA MEDICAL SYSTEMS,
INC., MINISTRY HEALTH CARE AND
MINISTRY ST. MICHAEL'S HOSPITAL,

    Defendants.

Plaintiff Susan M. Rudolph has filed a proposed civil complaint.  She asks for leave to proceed *in forma pauperis* and has supported her request with an affidavit of indigency.  The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3,700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

In this case, plaintiff has no dependents and is currently unemployed.   Plaintiff receives $824.09 a month in Social Security benefits and $392.00 a month in food stamps

and rental assistance, or a total of $1216.09 annually.  Plaintiff has no substantial assets.

Accordingly, plaintiff may proceed without any prepayment of fees or costs.


ORDER

IT IS ORDERED that:

1.      The motion filed by plaintiff Susan M. Rudolph for leave to proceed without

prepayment of fees (Dkt. # 2) is GRANTED.

2.      No further action will be taken in this case until the court has screened the

complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed

because the complaint is frivolous or malicious, fails to state a claim on which relief may be

granted or seeks monetary relief against a defendant who is immune from such relief.  Once

the screening process is complete, a separate order will issue.


Entered this 4th day of April, 2014.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge