IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SUSAN M. RUDOLPH,

    Plaintiff,

v.

TOSHIBA AMERICA MEDICAL SYSTEMS, INC., MINISTRY HEALTH CARE and MINISTRY ST. MICHAEL'S HOSPITAL,

    Defendants.

JUDGMENT IN A CIVIL CASE

14-cv-240-jdp

---

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for lack of subject matter jurisdiction.

| /s/ | 1/19/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |